UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Chinyere P Oji,

   Debtor.

-------------------------------------------------------------------x

Case No 24-22213

Chapter 7

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Wells Fargo Bank, National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2005-OP2, Mortgage Pass-Through Certificates, Series 2005-OP2 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Suzanne Youssef, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: July 9, 2025
Westbury, NY

          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
          Attorney for Secured Creditor
          900 Merchants Concourse, Suite 310
          Westbury, NY 11590
          Phone: (516) 280-7675
          Fax:   (516) 280-7674

          By: /s/ Suzanne Youssef
          Suzanne Youssef, Esquire

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In Re:
                                                                      Case No 24-22213
Chinyere P Oji,
                                                                      Chapter 7
     Debtor.
------------------------------------------------------------------x
```

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2025, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

BRONSON LAW OFFICES, P.C.
BRONSON LAW OFFICES, P.C.
480 MAMARONECK AVENUE
HARRISON, NY  10528-0023

CHINYERE P OJI
56 TAMARACK LANE
POMONA, NY  10970

HOWARD P. MAGALIFF
HOWARD P. MAGALIFF - CHAPTER 7 TRUSTEE,6 EAST 43RD STREET, 21ST FLOOR
NEW YORK, NY  10017

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE - NY,ALEXANDER HAMILTON CUSTOM
HOUSE,ONE BOWLING GREEN, ROOM 534
NEW YORK, NY  10004-1408


Dated: July 9, 2025
Westbury, NY

25-310246 - SuY

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax:    (516) 280-7674

By: /s/ Suzanne Youssef
Suzanne Youssef, Esquire