**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

August 5, 2025

*VIA CM/ECF FILING*
Hon. Sean H. Lane
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601

Re:     CHINYERE P. OJI 24-22213; Chapter 7

## LETTER OF NO OBJECTION

Dear Judge Lane,

We have no objection to Doc #29 Motion For Relief From the Automatic Stay Re: PHH Mortgage Corporation: 56 Tamarack Lane, Pomona NY 10970, in the above referenced Chapter 7 case which is scheduled to be heard on August 6, 2025.

Thank you for your attention to this matter.

Very truly yours,

*/s/ H. Bruce Bronson*
H. Bruce Bronson, Esq.
*Attorney for the Debtor*